# EXHIBIT B

Electronically Filed by Superior Court of California, County of Orange, 01/21/2022 10:12:00 AM.
30-2021-01236853-CU-PO-CJC - ROA # 12 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Edwards, Deputy Clerk.
Case 8:22-cv-00342-CJC-ADS Document 1-2 Filed 03/02/22 Page 2 of 11 Page ID #:24

1 | **THARPE & HOWELL, LLP**
2 | **15250 Ventura Boulevard, Ninth Floor**
   | **Sherman Oaks, California 91403**
3 | **(818) 205-9955; (818) 205-9944 fax**

4 | CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
   | ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

5 | E-Mail: cmay@tharpe-howell.com
   | E-Mail: abreuer@tharpe-howell.com
6 |

7 | Attorneys for Defendant,
   | DOLLAR TREE STORES, INC.

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | COUNTY OF ORANGE

10|

11| PANTEA GHAFFARI,                          | Case No.: 90-2021-01236853-CU-PO-CJC
   |                                            | *Civil Unlimited Jurisdiction*
12|                    Plaintiff,              | [*Assigned to Hon. Richard Lee- Dept. W15*]

13| v.

14|                                            | **DEFENDANT DOLLAR TREE STORES,**
   | DOLLAR TREE STORES, INC; and DOES 1       | **INC.'S ANSWER TO COMPLAINT**
15| to 20,

16|                    Defendants.             | Complaint Filed: December 16, 2021

17|

18|     Defendant DOLLAR TREE STORES, INC., for itself alone and for no other defendant,

19| hereby answers plaintiff PANTEA GHAFFARI's complaint and admits, denies, and alleges as

20| follows:

21|     1.    Under the provisions of Section 431.30 of the California *Code of Civil Procedure*,

22| this answering defendant denies both generally and specifically each allegation in said Complaint

23| and the whole thereof, including each and every purported cause of action contained therein, and

24| denies that the plaintiff sustained damages in any sum or sums, or at all.

25|     2.    Further answering plaintiff's Complaint on file herein and the whole thereof,

26| including each and every purported cause of action contained therein, this answering defendant

27| denies that the plaintiff sustained any injury, damage or loss, if any, by reason of any act or omission

28| on the part of this answering defendant, or any agent, servant or employee of this answering

- 1 -
**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO COMPLAINT**

- 2 -

defendant.

FOR A FIRST, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

3. That plaintiff is barred from any recovery herein on the basis that her own negligence was the sole and proximate cause of the accident and injuries sustained herein, but in the event a finding is made that negligence exists on the part of this answering defendant which proximately contributed to plaintiff's injuries and/or damages, plaintiff's amount of recovery, if any, shall be reduced on the basis of her own comparative negligence which contributed to the accident herein and the injuries and/or damages and claims upon which plaintiff is seeking recovery against this answering defendant.

FOR A SECOND, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

4. That the injuries and damages, if any, sustained by plaintiff were proximately caused by the negligence, carelessness or fault of others, and therefore the plaintiff may recover from this defendant only that apportionment of damages directly attributable to the negligence, carelessness or fault of this answering defendant (which allegation is being made solely for the purpose of this pleading and without admitting such to be the fact).

FOR A THIRD, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

5. That if it is determined that one or any combination of named or unnamed defendants proximately caused any injury to the plaintiff, any liability for damages against this answering defendant be negated or reduced upon the comparative fault of the remaining co-defendants.

///
///
///

**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO COMPLAINT**

FOR A FOURTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

6. That the Complaint and each of the purported Causes of Action therein complained fail to state a Cause of Action against this answering defendant.

FOR A FIFTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

7. That plaintiff's Complaint herein, and the whole thereof, and each purported cause of action contained therein is barred by the running of the applicable statute of limitations as is embodied in California *Code of Civil Procedure*, Sections 335.1, 338, 339, 340, 343.

FOR A SIXTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

8. That immediately prior to the occurrence of the incident referred to in the Complaint herein, plaintiff failed to use and exercise caution for her own protection, and safety in that among other things Plaintiff freely and voluntarily placed herself in a position so as to be exposed to a likelihood of injury and that at the time and place of said accident, plaintiff was fully aware of the dangers incident thereto and continued to freely and voluntarily expose herself to same, and thereby assumed the risk thereof, and in having assumed the risk, is therefore barred by the assumption of the risk for any recovery herein or the applicable abatement of such recovery, if any, herein.

FOR A SEVENTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

9. That if plaintiff sustained any injuries or damages as a result of the accident or incident complained of herein, then plaintiff proximately caused, aggravated and/or failed to take proper action to reduce and/or mitigate said injuries and damages.

///

FOR AN EIGHTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

10. In accordance with the provisions of California *Civil Code* Section 1431, et. seq., the liability of this answering defendant, if any, must be compared with the liability of others including plaintiff herein. This defendant is not liable for any greater percentage of non-economic damages if any than its percentage of liability bears to 100% liability.

FOR A NINTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

11. Any danger posed by the allegedly dangerous condition was open and obvious, and plaintiff therefore may not hold this answering defendant liable for any damages incurred as a result of her voluntarily encountering an open and obvious risk.

FOR A TENTH, SEPARATE AND

DISTINCT AFFIRMATIVE DEFENSE,

THIS ANSWERING DEFENDANT ALLEGES:

12. The Complaint, and each purported cause of action contained therein, cannot be maintained under the doctrine of laches because of Plaintiff's prejudicial delay in asserting them.

ADDITIONAL DEFENSES:

13. Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, yet unstated affirmative defenses available. Defendant hereby reserves the right to assert additional defenses if discovery indicates that they would be appropriate.

WHEREFORE, defendant prays for judgment against plaintiff as follows:

1. The Complaint be dismissed with prejudice;

2. Plaintiff take nothing by way of the Complaint;

3. Judgment be entered in favor of defendant and against plaintiff on all causes of action;

4. Defendant be awarded costs of suit incurred herein; and,

5. Defendant be awarded such other and further relief as this Court may deem just and proper.

Dated: January 21, 2022

THARPE & HOWELL, LLP

By: _____
CHARLES D. MAY
ANDREA BREUER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO COMPLAINT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO COMPLAINT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Daniel Hakhamzadeh, Esq.<br>SM LAW GROUP, APC<br>16130 Ventura Blvd., Suite 300<br>Encino, CA 91436<br>Tel: 818.855.5950<br>Fax: 818.666.2950<br>Email: Daniel@smlawca.com | Attorneys for Plaintiff,<br>PANTEA GHAFFARI |
|---|---|

5. a. **X** **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed pursuant to California Rules of Court, Rule 2.251 and Code of Civil Procedure Section 1010.6. Please be advised that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): SEE BELOW*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/21/22 | Bertha Muñoz | *[signature]* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32596\Pleadings\Answer.docx

- 6 -
**DEFENDANT DOLLAR TREE STORES, INC.'S ANSWER TO COMPLAINT**

Electronically Filed by Superior Court of California, County of Orange, 01/21/2022 10:12:00 AM.
30-2021-01236853-CU-PO-CJC - ROA # 13 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Edwards, Deputy Clerk.
Case 8:22-cv-00342-CJC-ADS Document 1-2 Filed 03/02/22 Page 8 of 11 Page ID #:30

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

E-Mail: cmay@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
DOLLAR TREE STORES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

| | |
|---|---|
| PANTEA GHAFFARI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC; and DOES 1 to 20,<br><br>　　　　　　Defendants. | Case No.: 90-2021-01236853-CU-PO-CJC<br>*Civil Unlimited Jurisdiction*<br>[*Assigned to Hon. Richard Lee- Dept. W15*]<br><br>**DEFENDANT DOLLAR TREE STORES, INC.'S DEMAND FOR TRIAL BY JURY**<br><br>Complaint Filed: December 16, 2021 |

　　Defendant DOLLAR TREE STORES, INC. hereby demands trial by jury in this action.

Dated: January 21, 2022　　　　　　　　　　　　　　　THARPE & HOWELL, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES D. MAY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREA BREUER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLAR TREE STORES, INC.

- 1 -
**DEFENDANT DOLLAR TREE STORES, INC.'S
DEMAND FOR TRIAL BY JURY**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. **DEFENDANT DOLLAR TREE STORES, INC.'S DEMAND FOR TRIAL BY JURY**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Daniel Hakhamzadeh, Esq.<br>SM LAW GROUP, APC<br>16130 Ventura Blvd., Suite 300<br>Encino, CA 91436<br>Tel: 818.855.5950<br>Fax: 818.666.2950<br>Email: Daniel@smlawca.com | Attorneys for Plaintiff,<br>PANTEA GHAFFARI |

5. a.  **X**  **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed pursuant to California Rules of Court, Rule 2.251 and Code of Civil Procedure Section 1010.6. Please be advised that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): SEE BELOW*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/21/22 | Bertha Muñoz | *(signed)* |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32596\Pleadings\Demand for Jury.docx

- 2 -
**DEFENDANT DOLLAR TREE STORES, INC.'S
DEMAND FOR TRIAL BY JURY**

Electronically Filed by Superior Court of California, County of Orange, 01/21/2022 10:12:00 AM.
30-2021-01236853-CU-PO-CJC - ROA # 14 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Edwards, Deputy Clerk.
Case 8:22-cv-00342-CJC-ADS Document 1-2 Filed 03/02/22 Page 10 of 11 Page ID #:32

| | |
|---|---|
| 1 | **THARPE & HOWELL, LLP**<br>**15250 Ventura Boulevard, Ninth Floor**<br>**Sherman Oaks, California 91403**<br>**(818) 205-9955; (818) 205-9944 fax** |
| 2 | |
| 3 | |
| 4 | CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663<br>ANDREA BREUER, ESQ.; STATE BAR NO.: 161819 |
| 5 | E-Mail: cmay@tharpe-howell.com<br>E-Mail: abreuer@tharpe-howell.com |
| 6 | |
| 7 | Attorneys for Defendant,<br>DOLLAR TREE STORES, INC. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

| | | |
|---|---|---|
| PANTEA GHAFFARI, | | Case No.: 90-2021-01236853-CU-PO-CJC<br>*Civil Unlimited Jurisdiction*<br>[*Assigned to Hon. Richard Lee- Dept. W15*] |
| | Plaintiff, | |
| v. | | **DEFENDANT DOLLAR TREE STORES, INC.'S NOTICE OF POSTING JURY FEES** |
| DOLLAR TREE STORES, INC; and DOES 1 to 20, | | |
| | Defendants. | Complaint Filed: December 16, 2021 |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant DOLLAR TREE STORES, INC. deposits herewith jury fees in the total amount of $150.00.

Dated: January 21, 2022                                       THARPE & HOWELL, LLP

By: _____
CHARLES D. MAY
ANDREA BREUER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

- 1 -
**DEFENDANT DOLLAR TREE STORES, INC.'S
NOTICE OF POSTING JURY FEES**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. **DEFENDANT DOLLAR TREE STORES, INC.'S NOTICE OF POSTING JURY FEES**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Daniel Hakhamzadeh, Esq.<br>SM LAW GROUP, APC<br>16130 Ventura Blvd., Suite 300<br>Encino, CA 91436<br>Tel: 818.855.5950<br>Fax: 818.666.2950<br>Email: Daniel@smlawca.com | Attorneys for Plaintiff,<br>PANTEA GHAFFARI |

5. a. __X__ **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed pursuant to California Rules of Court, Rule 2.251 and Code of Civil Procedure Section 1010.6. Please be advised that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date)*: SEE BELOW

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/21/22 | Bertha Muñoz | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32596\Pleadings\Ntc of Posting Jury Fees.docx

- 2 -
**DEFENDANT DOLLAR TREE STORES, INC.'S
NOTICE OF POSTING JURY FEES**